IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYLER PAGLIOCCHINI,<br><br>　　Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY COMMUNITIES, LLC, BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC, and XYZ CORPORATION (1-5),<br><br>　　Defendants. | CAFN: _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendants Balfour Beatty Communities, LLC and Balfour Beatty Military Housing Management, LLC, hereby remove the above-captioned lawsuit from the State Court of Gwinnett County, Georgia, in which it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for the removal of this case, the Defendants state as follows:

1.

Plaintiff Tyler Pagliocchini filed the underlying lawsuit against Defendants on September 17, 2021 in the State Court of Gwinnett County, Georgia.

2.

This case is removable pursuant to 28 U.S.C. § 1441(a), which provides in relevant part:

> [A]ny civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or the Defendants, to the District Court of the United States for the district and division embracing the place where the action is pending.

## DIVERSITY

3.

As such, this Court has jurisdiction over this case on the ground of diversity of citizenship of Plaintiff Tyler Pagliocchini and Defendants Balfour Beatty Communities, LLC and Balfour Beatty Military Housing Management, LLC, pursuant to 28 U.S.C. § 1332.

4.

Plaintiff resides at 659 Bobcat Court, Apartment D, Saint Marys, Georgia 31558.

5.

Defendant Balfour Beatty Communities, LLC, is a foreign limited liability company incorporated under the laws of the State of Delaware, with its principal place of business located at One Country View Road, Suite 100, Malvern, Pennsylvania 19355. Defendant Balfour Beatty Communities, LLC was not, at the time of the commencement of this action, nor at any time, a citizen or resident of Georgia.

6.

Defendant Balfour Beatty Military Housing Management, LLC, is a foreign limited liability company incorporated under the laws of the State of Delaware, with its principal place of business located at One Country View Road, Suite 100, Malvern, Pennsylvania 19355. Defendant Balfour Beatty Military Housing Management, LLC was not, at the time of the commencement of this action, nor at any time, a citizen or resident of Georgia.

7.

Thus, complete diversity of citizenship exists between Plaintiff and Defendants Balfour Beatty Military Housing Management, LLC and Balfour Beatty Communities, LLC.

8.

Defendant(s) XYZ Corporation (1-5) have not been identified, and the State of their residence is unknown. Additionally, Defendant(s) XYZ Corporation (1-5) have been "fraudulently joined" solely in an effort to defeat diversity jurisdiction. Plaintiff has not alleged a cause of action upon which relief can be granted against Defendant(s) XYZ Corporation (1-5). *See* Crooke v. R.J. Reynolds Tobacco Co., 978 F. Supp. 1482 (N.D. Ga. 1997).

## AMOUNT IN CONTROVERSY

8.

The amount in controversy in this action is in excess of $75,000.00, exclusive of interest and costs.

## NOTICE OF REMOVAL

9.

The instant Notice of Removal is being filed within thirty (30) days of September 20, 2021, the date the Defendants Balfour Beatty Military Housing Management, LLC and Balfour Beatty Communities, LLC's registered agent was served by process server.

10.

Promptly after the filing of this Notice of Removal, Defendants will serve notice of the filing of this removal to Plaintiff and to the Clerk of State Court of Gwinnett County, Georgia, pursuant to 24 U.S.C. § 1446(d).

VENUE

11.

Venue properly lies with this Court in accordance with 28 U.S.C. § 1441(a).

12.

A copy of all process, pleadings, and orders served by or upon Defendants are attached to this Notice of Removal as Exhibit "A," as is required by 28 U.S.C. § 1446(a).

This 20th day of October, 2021.

>  LEVY PRUETT CULLEN
>
>  */s/ Susan J. Levy*
>  SUSAN J. LEVY
>  Georgia Bar Number: 004310
>  *Attorney for Defendants*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com

## CERTIFICATE OF COMPLIANCE

The foregoing *Notice of Removal* document is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.1.

This 20th day of October, 2021.

                                                                    LEVY PRUETT CULLEN

                                                                     */s/ Susan J. Levy*
                                                                     SUSAN J. LEVY
                                                                      Georgia Bar Number: 004310
                                                                      *Attorney for Defendant*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing *Notice of Removal* via the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Sherry Kubanyi
The Kubanyi Law Firm LLC
3340 Peachtree Road NE
18th Floor
Atlanta, GA 30326
sherry@kubanyifirm.com
*Attorney for Plaintiff*

This 20th day of October, 2021.

LEVY PRUETT CULLEN

/s/ Susan J. Levy
SUSAN J. LEVY
Georgia Bar Number: 004310
*Attorney for Defendant*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com