# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TYLER PAGLIOCCHINI,<br><br>　　Plaintiff,<br><br>vs.<br><br>BALFOUR BEATTY COMMUNITIES, LLC, BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC, and XYZ CORPORATION (1-5),<br><br>　　Defendants. | §§§§§§§§§§§§§§§ | CIVIL ACTION<br>FILE NO. 1:21-cv-04371-SDG |

## ENTRY OF APPEARANCE

COMES NOW Sherry Kubanyi, Esq. of the law firm of The Kubanyi Law Firm, LLC and enters an appearance as additional counsel, in addition to Alwyn R. Fredericks, Esq. of the law firm Cash, Krugler, & Fredericks, LLC, on behalf of Plaintiff Tyler Pagliocchini, as follows:

Sherry Kubanyi, Esq.
The Kubanyi Law Firm, LLC
3340 Peachtree Road, NE, 18th Floor
Atlanta, GA 30326
Telephone: (404) 965-7112
Facsimile: (404) 919-7029
sherry@kubanyifirm.com

This 19th day of November, 2021.

                                                  THE KUBANYI LAW FIRM, LLC

                                                  /s/ *Sherry Kubanyi*_____
                                                  Sherry Kubanyi
                                                  Georgia State Bar No. 614654
                                                  *Counsel for Plaintiff*

THE KUBANYI LAW FIRM, LLC
3340 Peachtree Road, NE
18th Floor
Atlanta, Georgia 30326
Telephone: (404) 965-7112
Facsimile: (404) 919-7029
sherry@kubanyifirm.com

# CERTIFICATE OF COMPLIANCE

The foregoing ***Entry of Appearance*** document is double-spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.1.

This 19th day of November, 2021.

                                          THE KUBANYI LAW FIRM, LLC

                                          /s/ *Sherry Kubanyi*_____
                                          Sherry Kubanyi
                                          Georgia State Bar No. 614654
                                          *Counsel for Plaintiff*

THE KUBANYI LAW FIRM, LLC
3340 Peachtree Road, NE
18th Floor
Atlanta, Georgia 30326
Telephone: (404) 965-7112
Facsimile: (404) 919-7029
sherry@kubanyifirm.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *Entry of Appearance* via the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Susan J. Levy
Levy, Pruett, Cullen
125 Clairemont Avenue
2 Decatur Town Center Suite 410
Atlanta, Georgia 30030
(404) 371-8857
susan@levypruettcullen.com

This 19th day of November, 2021.

THE KUBANYI LAW FIRM, LLC

/s/ *Sherry Kubanyi*
Sherry Kubanyi
Georgia State Bar No. 614654
*Counsel for Plaintiff*

THE KUBANYI LAW FIRM, LLC
3340 Peachtree Road, NE
18th Floor
Atlanta, Georgia 30326
Telephone: (404) 965-7112
Facsimile: (404) 919-7029
sherry@kubanyifirm.com