TO: Clerks of Court,

FROM: ALWYN R. FREDERICKS

RE: Notice of Leave of Absence

## APPLICATION FOR LEAVE OF ABSENCE

COMES NOW Alwyn R. Fredericks, and respectfully notifies all judges before whom he has cases pending, all affected Clerks of Court and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Rule 16.

1. The periods of personal leave during which time Applicant will be away from the practice of law are; May 23, 2022 through and including May 31, 2022; June 22, 2022 through and including July 18, 2022; August 5, 2022; August 8, 2022; November 18, 2022 through and including November 28, 2022; and December 21, 2022 through and including January 2, 2023.

2. All affected Judges and opposing counsel shall have ten (10) days from the date of this Application to object.

3. The undersigned show that he is counsel of record in the attached cases and that the period requested will not interfere with any presently scheduled hearing, trial or other proceeding.

4. The undersigned shows that he is counsel of record in the attached cases and further requests that any and all proceedings involving applicant be stayed during said period of time.

WHEREFORE, applicant respectfully requests his Application for Leave be

**GRANTED.**

This 3rd day of March, 2022.

1

**CASH, KRUGLER, & FREDERICKS, LLC**

/s/ Alwyn R. Fredericks
Alwyn R. Fredericks
Georgia Bar Number 275092

5447 Roswell Road, NE
Atlanta, Georgia 30342
(404) 659-1710 [phone]
(404) 264-1149 [fax]
afredericks@ckf.law

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing Application for Leave of Absence upon all judges, clerks, and counsel of record listed in the attached Exhibit "A", by depositing the same via Electronic Mail, United States Mail, by E-file Service Delivery or by using the CM/ECF system.

This 3rd day of March, 2022.

**CASH, KRUGLER, & FREDERICKS, LLC**

/s/ Alwyn R. Fredericks
Alwyn R. Fredericks
Georgia Bar Number 275092

5447 Roswell Road, NE
Atlanta, Georgia 30342
(404) 659-1710 [phone]
(404) 264-1149 [fax]
afredericks@ckf.law
**Counsel for Plaintiff**

## **EXHIBIT A**

| **CASE STYLE** | **JUDGE ASSIGNED** | **OTHER PARTIES** |
|---|---|---|
| **Tyler Pagliocchini v. Balfour Beatty Communities, LLC, et al** *United States District Court - Northern District – Atlanta Division* **CAFN: 1:21-cv-04371-SDG** | The Honorable Steven Grimberg 1767 Richard R. Russell Federal Building and United States Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303 Chambers 1767 | Ms. Susan J. Levy, Esq. Mr. Daimon Carter, Esq. Levy Pruett Cullen 125 Clairemont Avenue Two Decatur TownCenter, Suite 410 Decatur, Georgia 30030 susan@levypruettcullen.com daimon@levypruettcullen.com<br><br>Ms. Sherry Kubanyi, Esq. The Kubanyi Law Firm, LLC 3340 Peachtree Road, NE 18th Floor Atlanta, GA 30326 sherry@kubanyifirm.com |